UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN ROCKS MUSIC, THE THICK PLOTTENS MUSIC, WB MUSIC CORP., STEREO SUPERSONIC MUSIC, J. ALBERT & SON (USA) INC., HIDEOUT RECORDS AND DISTRIBUTORS, INC. (GEAR PUBLISHING DIVISION), TVT MUSIC, INC. AND 50 CENT MUSIC

Case No. 2:05CV73941
Hon. Lawrence P. Zatkoff

Plaintiffs,

vs.

FLEETWOOD MANAGEMENT, INC. AND FRANK GRZANKA,

Defendants.

/

**ORDER GRANTING PLAINTIFFS'**
***EX PARTE* MOTION FOR SUBSTITUTED SERVICE**

Having considered Plaintiffs' motion for substituted service and the evidence offered in support thereof,

IT IS HEREBY ORDERED that plaintiffs to serve Defendant Frank Grzanka by (1) posting, by regular mail, the Summons and Complaint to 10631 Whittier, Detroit, Michigan 48224 and 23354 Gratiot, Eastpointe, Michigan; and (2) tacking the Summons and Complaint to the door at both locations.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: February 16, 2006

2

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 16, 2006.

                                      s/Marie E. Verlinde

                                      Case Manager

                                      (810) 984-3290

2:05-cv-73941-LPZ-RSW   Doc # 9   Filed 02/16/06   Pg 2 of 2   Pg ID 41